**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR CASTRO, | ) NO. CV 10-06134-RGK (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| TERRI GONZALEZ, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 3, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE